

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00273-CV

**FORREST PROPERTY MANAGEMENT, INC.,
FORREST CLEBURNE PROPERTIES, LP,
FORREST CHEVROLET-CADILLAC, INC.,
AND FORREST PONTIAC-BUICK-GMC TRUCKS, INC.,**

**Appellants**

 **v.**

**EDDIE MCGINNIS AND CITIZENS BANK,**

**Appellees**

**From the 249th District Court
Johnson County, Texas
Trial Court No. C201000210**

## MEMORANDUM OPINION

On August 31, 2010, the Court granted the motions to withdraw of counsel for Appellants Forrest Property Management, Inc., Forrest Cleburne Properties, LP, Forrest Chevrolet-Cadillac, Inc., and Forrest Pontiac-Buick-GMC Trucks, Inc. New counsel did not appear for Appellants.

The Clerk notified Appellants by letter dated October 5, 2010 that new counsel

have not appeared for Appellants, who, as corporations and a limited partnership, may appear and be represented only by a licensed attorney. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.,* 937 S.W.2d 455, 456 (Tex. 1996); *MHL Homebuilder LLC v. Dabal/Graphic Resource,* No. 14-05-00295-CV, 2005 WL 1404475 (Tex. App.—Houston [14th Dist.] June 16, 2005, no pet.) (mem. op.). Appellants were ordered to retain counsel who were, within 21 days, to file a notice of appearance, or the appeal would be dismissed for failure to comply with this order and for want of prosecution. TEX. R. APP. P. 42.3(b), (c); *see MHL Homebuilder LLC,* 2005 WL 1404475.

The Court has not received a notice of appearance or a response otherwise from Appellants. Accordingly, this appeal is dismissed for failure to comply with this court's order and for want of prosecution. TEX. R. APP. P. 42.3(b), (c); *see MHL Homebuilder LLC,* 2005 WL 1404475.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Dismissed
Opinion delivered and filed November 10, 2010
[CV06]